No. —, Original. *Ex parte:* IN THE MATTER OF H. A. BRADFORD, PETITIONER. Submitted November 28, 1910. Decided December 5, 1910. Motion for leave to file petition for writs of prohibition and mandamus denied. *Mr. George P. Hoover* and *Mr. William E. Borah* for petitioner. No one opposing.

---

No. —, Original. *Ex parte:* IN THE MATTER OF SOBRINOS DE EZQUIAGA, PETITIONER. Submitted November 28, 1910. Decided December 5, 1910. Motion for leave to file petition for writ of prohibition or mandamus denied. *Mr. Francis H. Dexter* for petitioner. No one opposing.

---

No. 8, Original. *Ex parte:* IN THE MATTER OF ATHANASI NICOLA, PETITIONER. Argued November 28, 1910. Decided December 5, 1910. Petition for a writ of mandamus denied, rule discharged, and petition dismissed, on authority of *Tobin, Petitioner,* 214 U. S. 507. *Mr. Lon O. Hocker, Mr. J. J. Darlington* and *Mr. James C. Jones* for petitioner. *Mr. Tyson S. Dines* and *Mr. Millard F. Watts* for respondent.

---

No. 11, Original. *Ex parte:* IN THE MATTER OF THE CUDAHY PACKING COMPANY, PETITIONER. Argued November 28, 1910. Decided December 5, 1910. Petition for a writ of mandamus denied, rule discharged, and petition dismissed, on the authority of *In re Pennsylvania Company, Petitioner &c.,* 137 U. S. 451. *Mr. Ralph W. Breckenridge* and *Mr. Charles J. Greene* for petitioner.